No. 95–6018.  PUTMAN v. THOMAS, WARDEN.  Super. Ct. Ga., Butts County.  Certiorari denied.

No. 95–6135.  VANSICKLE v. ENGLISH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYNESBURG, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 95–6167.  MARTINEZ v. ROTH ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–6209.  CANDELARIA v. TANSY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–6210.  BRAY v. BREWER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–6224.  CARTER v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–6228.  BETTS v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS. C. A. 7th Cir.  Certiorari denied.

No. 95–6229.  CAVIN v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 95–6231.  CARSON v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, PAROLE DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–6232.  WINDOM v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 95–6239.  MANNING v. ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 95–6240.  LUCIEN v. JOHNSON ET AL.  C. A. 7th Cir. Certiorari denied.

No. 95–6242.  HANSEL v. TOWN COURT FOR THE TOWN OF SPRINGFIELD, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–6247.  HAYES v. KLINCAR ET AL.  C. A. 7th Cir.  Certiorari denied.